Case 17-10856-TPA    Doc 28    Filed 03/14/18    Entered 03/14/18 16:06:29    Desc Main
Document    Page 1 of 1

FILED
3/14/18 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Shanel L. Dancy
Case Number: 17-10856             Chapter: 13
Date / Time / Room: March 13, 2018 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**  #11 - Final Confirmation of Plan dated 9/8/17 (NFC)
+Obj. by Nationstar Mortgage

*Handwritten notes:* Plan # 3748 in arrears thru 2/18. No payments since Oct 2017, and that payment was partial

### Appearances:

Debtor: Frontz
Trustee: Winnecour / Katz / Pail
Creditor:

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Other: The Trustee requests dismissal without prejudice, and debtor(s)' counsel has no objection to dismissal.

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____