Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Shanel L. Dancy** | : | Case No. 17−10856−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 14th of March, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-10856-TPA
Shanel L. Dancy                                                     Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson              Page 1 of 2            Date Rcvd: Mar 14, 2018
                              Form ID: 309            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db             +Shanel L. Dancy,    332 Ash Street,    Erie, PA 16507-1718
14677741       +Aes/Pheaa,    1200 N 7th Street,    Harrisburg, PA 17102-1419
14677742       +Arrowood Indemnity,    3600 Arco Corporate Drive,    P O Box 1000,    Charlotte, NC 28201-1000
14677745       +Citizens Bank,    1Citizens Drive,    Riverside, RI 02915-3000
14677747       +Erie County Public Library,    160 East Front Street,    Erie, PA 16507-1554
14700381       +Erie Federal Credit Union,    3503 Peach Street,    Erie, PA 16508-2741
14677748       +First Federal Credit,    24700 Chagrin Boulevard,    Suite 2,    Cleveland, OH 44122-5662
14677749       +Milstead & Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
14677752      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    PO Box 619096,    Dallas, TX 75382-9009)
14677754       +Regional Adjustment Bureau,    1900 Charles Bryan Suite 110,    Cordova, TN 38016-5167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14677743        EDI: CAPITALONE.COM Mar 15 2018 05:53:00      Capital One,    Po Box 85015,    Richmond, VA 23285
14677744       +EDI: CHASE.COM Mar 15 2018 05:53:00      Chase,   201 N Walnut Street,    MS De1-1027,
                 Wilmington, DE 19801-2920
14677746       +EDI: ECMC.COM Mar 15 2018 05:53:00      ECMC,   Lockbox # 8682,    PO Box 16478,
                 Saint Paul, MN 55116-0478
14719531        EDI: ECMC.COM Mar 15 2018 05:53:00      ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14690419       +EDI: ECMC.COM Mar 15 2018 05:53:00      Ecmc,   111 Washington Ave S Ste,
                 Minneapolis, MN 55401-6800
14711457        EDI: PRA.COM Mar 15 2018 05:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14677753       +EDI: PRA.COM Mar 15 2018 05:53:00      Portfolio Recovery & Affil.,    120 Corporate Boulevard,
                 Suite 1,   Norfolk, VA 23502-4952
14677755       +E-mail/Text: ebn@unique-mgmt.com Mar 15 2018 02:14:37      Unique National Collections,
                 119 E Maple Street,    Jeffersonville, IN 47130-3439
14677756       +EDI: VERIZONEAST.COM Mar 15 2018 05:53:00      Verizon,    500 Technology Drive, Suite 30,
                 Weldon Spring, MO 63304-2225
14677757        EDI: WFNNB.COM Mar 15 2018 05:53:00      World Financial Network National Bank,    PO Box 659704,
                 San Antonio, TX 78265-9704
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE LLC
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
14690413*       +Aes/Pheaa,    1200 N 7th Street,    Harrisburg, PA 17102-1419
14690414*       +Arrowood Indemnity,    3600 Arco Corporate Drive,    P O Box 1000,    Charlotte, NC 28201-1000
14690415*      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Po Box 85015,    Richmond, VA 23285)
14690416*       +Chase,   201 N Walnut Street,    MS De1-1027,    Wilmington, DE 19801-2920
14690417*       +Citizens Bank,    1Citizens Drive,    Riverside, RI 02915-3000
14690418*       +ECMC,   Lockbox # 8682,    PO Box 16478,    Saint Paul, MN 55116-0478
14690420*       +Erie County Public Library,    160 East Front Street,    Erie, PA 16507-1554
14690421*       +First Federal Credit,    24700 Chagrin Boulevard,    Suite 2,    Cleveland, OH 44122-5662
14690423*       +Milstead & Associates,    7 N. Columbus Boulevard #200,    Philadelphia, PA 19106-1434
14690422*       +Milstead & Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
14690424*       +Milstead & Associates, LLC.,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
14690425*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    PO Box 619096,    Dallas, TX 75382-9009)
14748143*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                  PO Box 619096,    Dallas, TX 75261-9741)
14690426*       +Portfolio Recovery & Affil.,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
14690427*       +Regional Adjustment Bureau,    1900 Charles Bryan Suite 110,    Cordova, TN 38016-5167
14690428*       +Unique National Collections,    119 E Maple Street,    Jeffersonville, IN 47130-3439
14690429*       +Verizon,    500 Technology Drive, Suite 30,    Weldon Spring, MO 63304-2225
14690430*        World Financial Network National Bank,    PO Box 659704,    San Antonio, TX 78265-9704
14677750      ##+Milstead & Associates,    7 N. Columbus Boulevard #200,    Philadelphia, PA 19106-1434
14677751      ##+Milstead & Associates, LLC.,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
                                                                                      TOTALS: 2, * 18, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Mar 14, 2018
                               Form ID: 309                Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Shanel L. Dancy ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```