**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHANEL L. DANCY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-10856 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/17/2017 and confirmed on 11/09/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111.02 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 111.02 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 75.05 | |
|   Trustee Fee | 4.88 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 79.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 4615 | 0.00 | 31.09 | 0.00 | 31.09 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 4615 | 24,325.73 | 0.00 | 0.00 | 0.00 |
| | | | | 31.09 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHANEL L. DANCY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 3,300.00 | 75.05 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 4615 | 425.00 | 0.00 | 0.00 | 0.00 |
| *** N O N E *** | | | | |
| **Unsecured** | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-10856 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 7001 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7002 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0798 | | | | |
| | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8393 | | | | |
| | CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ECMC(*) | 17,840.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 3837 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3534 | | | | |
| | MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 365.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 1427 | | | | |
| | REGIONAL ADJUSTMENT BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7300 | | | | |
| | UNIQUE NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7186 | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1555 | | | | |
| | ARROWOOD INDEMNITY CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ERIE COUNTY PUBLIC LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 263.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 0488 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                           31.09

TOTAL CLAIMED
PRIORITY                425.00
SECURED              24,325.73
UNSECURED            18.469.46


Date: 04/16/2018                                              /s/ Ronda J. Winnecour
                                                              RONDA J WINNECOUR PA ID #30399
                                                              CHAPTER 13 TRUSTEE WD PA
                                                              600 GRANT STREET
                                                              SUITE 3250 US STEEL TWR
                                                              PITTSBURGH, PA  15219
                                                              (412) 471-5566
                                                              cmecf@chapter13trusteewdpa.com